United States District Court
Middle District of Florida
Jacksonville Division

**FERNANDO E. PLATA,**

   *Plaintiff,*

v.                                                    **NO. 3:26-cv-632-JEP-PDB**

**MARIO HERNAN ECHEVERRI ET AL.,**

   *Defendants.*

## Order

A plaintiff must complete service of process within 90 days of filing the complaint. Fed. R. Civ. P. 4(m). "Unless service is waived, proof of service must be made to the court." Fed. R. Civ. P. 4(l)(1). "Within twenty-one days after service of a summons and complaint or receipt of a waiver, a party must file proof of service or the waiver." Local Rule 1.10(a). "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Local Rule 3.10.

The plaintiff filed the complaint on March 24, 2026. Doc. 1. He had to complete service of process by June 22, 2026, and file proof of service by July 13, 2026.

By **August 10, 2026**, the plaintiff must file proof of service or waivers of service of process for each of these seven defendants: (1) Ricardo Sanabria, (2) Robert Gonzales, (3) Karla Gonzales, (4) Fincapital Investments, (5) VAMOS Capital Group, (6) Think Multifamily, and (7) Mark Kenney. By

the same deadline, the plaintiff must show cause why the claim or claims against those defendants should not be dismissed for failure to timely file proof of service or waivers and otherwise prosecute the action against those defendants.

**Ordered** in Jacksonville, Florida, on July 17, 2026.

*Patricia D. Barksdale*

Patricia D. Barksdale
United States Magistrate Judge

c:      Fernando E. Plata
        AK 19 # 131A-10 Ap-1-702
        Bogotá, Colombia

2